# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3309
L.T. Case No. 2008-CF-013096-A

_____

WILLIS R. THOMAS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Jonathan David Sacks, Judge.

Willis R. Thomas, Milton, pro se.

Ashley Moody, Attorney General, and Benjamin Hoffman,
Assistant Attorney General, Tallahassee, for Appellee.

January 21, 2025

PER CURIAM.

   AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and JAY and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____